UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80831-CIV-ZLOCH

WILLIE L. WILLIAMS,

      Petitioner,

vs.                           **O R D E R**

WALTER A. McNEIL,

      Respondent.
_____/

      THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 17) filed herein by United States Magistrate Judge Patrick A. White and Petitioner Willie L. Williams's Objections To The Report And Recommendation Of Magistrate Judge (DE 18). The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. Petitioner Willie L. Williams's Objections To The Report And Recommendation Of Magistrate Judge (DE 18) be and the same are hereby **OVERRULED**;

      2. The Report Of Magistrate Judge (DE 17) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted and ratified by the Court;

      3. Petitioner Willie L. Williams's Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus be and the same is hereby **DENIED**;

and

4. Final Judgment will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of June, 2010.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Willie L. Williams, PRO SE
DC# 835160
Avon Park Correctional Institution
P.O. Box 1100
County Road, 64 East
Avon Park, FL 33826-1100